963 A.2d 840

IN THE MATTER OF AVIS COLE WILLIAMS, AN ATTORNEY AT LAW (ATTORNEY NO. 013771987).

January 29, 2009.

## ORDER

**AVIS COLE WILLIAMS of MAYS LANDING,** who was admitted to the bar of this State in 1987, having been ordered by the Court on January 6, 2009, to comply with the determination of the District I Fee Arbitration Committee in Docket No. I–08–

0008F, by refunding the sum of $5,000 to her client within fourteen days after the filing date of the Order and paying the client the balance of the $7,850 award and a $500 sanction to the Disciplinary Oversight Committee within sixty days thereafter, failing which she would be temporarily suspended from the practice of law without further notice;

And the Office of Attorney Ethics having reported to the Court that **AVIS COLE WILLIAMS** has failed to comply with the terms of the Court's Order filed January 6, 2009;

And good cause appearing;

It is ORDERED that **AVIS COLE WILLIAMS** is temporarily suspended from the practice of law, effective immediately, and until the further Order of the Court: and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.